IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDNA MALOY ET AL
Plaintiffs

Civil No. 98-1123(HL)

v.

CANDIDO MARTINEZ
Defendant

## PRETRIAL CONFERENCE REPORT AND ORDER

At the Pretrial Conference held on December 9, 1999, plaintiffs appeared represented by Attorney Gilberto Mayo-Pagán. Defendant appeared represented by Attorney Norberto Colón.

The Joint Pretrial Report was filed in Chambers. Thus, it will now be entered in docket and made part of the record. The parties, in general terms, are ready for trial.

Settlement alternatives were explored. The parties were assisted in identifying possible alternatives that are now to be discussed with their principals. Parties are encouraged to continue settlement conversations. In essence, having reached an agreement as to the total amounts to be paid to plaintiffs, the defendant shall explore all viable means to structure a payment plan that will be reasonable and acceptable to plaintiffs.

A Final Settlement Conference is set for December 21, 1999, at 1:00 PM.

SO ORDERED.

At San Juan, Puerto Rico, this 16th day of December, 1998.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge



AO 72A
(Rev.8/82)