IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDNA MALOY ET AL
Plaintiffs

v.   Civil No. 98-1123(HL)

CANDIDO MARTINEZ
Defendant

## FINAL SETTLEMENT CONFERENCE REPORT

At today's conference defense counsel reported that his client wants to try the case. Though possibilities of a structured payment of settlement amounts were explored, defendant has stated he lacks the necessary financial means to satisfy the settlement amount to which the parties had previously agreed upon.

The Pretrial Memorandum was filed on December 9, 1999. A witness identified as Frank Cuevas-Báez, purportedly a witness for the defense, has been announced as a witness for the plaintiff.

The parties were reminded that exhibits must be marked on December 27, 1999, and that trial remains set for January 13, 2000.

SO ORDERED.

At San Juan, Puerto Rico, this 21st day of December, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)

