UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
1-13-00 PURSUANT
TO FRCP RULES 58 & 79a

EDNA MALOY, et al.,
Plaintiffs,

v.                                              Civil No. 98-1123 (HL)

CANDIDO MARTINEZ,
Defendant.

RECEIVED
FILED
JAN 13 2000
OFFICE-CLERK, U.S.
DIST. CT.
SAN JUAN, P.R.

**JUDGMENT**

This action came on for trial before the Court. The parties have stipulated to a judgment on Plaintiffs' claim of copyright infringement. Accordingly, the Court hereby enters judgment in this case on the following terms: Defendant shall pay $15,000.00 plus post-judgment interest to Plaintiffs on or before July 13, 2000.

Defendant, his successors, and his agents are hereby forever enjoined from further publishing, selling, marketing, or otherwise disposing of any copies of the infringing work, *Bienes Raíces en Puerto Rico*.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 13th day of January, 2000

HECTOR M. LAFFITTE
Chief United States District Judge

AO 72A
(Rev 8/82)