UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Edna Maloy, et al.,
    Plaintiffs,

v.                                      CASE NUMBER: 98-1123 (HL)

Candido Martinez,
    Defendants.

## MOTION

Date Filed: 1/24/00     Docket #21     [] Plffs [x] Defts
Title: Motion
Opp'n Filed:     Docket #

## ORDER

    The judgment entered by the Court in this case simply states, "Defendants, his successors, and his agents are hereby forever enjoined from further publishing, selling, marketing, or otherwise disposing of any copies of the infringing work, *Bienes Raíces en Puerto Rico*." Defendant's motion asks the Court to amend the judgment "to clarify the scope of the prohibition." The scope of the prohibition could hardly be more clear. The judgment does not address "the conditions under which defendant can use his intellectual capacity to write and publish a text book on real estate," and the Court need not "specify the parts of the plaintiff's book which defendant should consider in his writings to avoid a future claim."

    Accordingly, Defendant's motion is hereby denied.

Date 1-27-00        HECTOR M. LAFFITTE
                             Chief U.S. District Judge

