**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| EDNA MALOY AND ELIZABETH MARIACA<br><br>Plaintiff<br><br>vs.<br><br>CANDIDO MARTINEZ<br><br>Defendant | CASE NO: 98-1123 (HL)<br><br><br><br>COPYRIGHT INFRINGEMENT<br><br>PLAINTIFF DEMANDS TRIAL<br>BY JURY |

**NOTICE OF APPEARANCE AND FOR EXECUTION OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69**

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff Edna Maloy through her undersigned attorneys, and respectfully **ALLEGES** and **PRAYS** as follows:

1. The undersigned attorney has been hired by the undersigned to execute the judgment in this case.

2. On January 13, 2000 this Court rendered, filed and entered in favor of Plaintiffs and against Defendant, to wit: "Defendant shall pay $15,000.00 plus post judgment interest to plaintiffs on or before July 13, 2000. Defendant, his successors, and his agents are forever enjoined from further publishing, selling, marketing, or or otherwise disposing of any copies of the infringing work, Bienes Raíces de Puerto Ric."

3. Said judgment is final, firm and enforceable and the same has not been paid in full or in part by Defendant.

4. Pursuant to Rule 69 of the Federal Rules of Civil Procedure, plaintiff asks that this Honorable Court extend the judgment an additional five years

Maloy, et al. V.
Candido Martínez
PAGE 2

beyond the five year term set to expire on July 13, 2005.

5. In addition, plaintiff asks that the Court issue a writ of execution to enforce the judgment by seizure and sale of defendant's interest in the following properties in satisfaction of the judgment:[1]

A. Propiedad horizontal, Oficina 2-E de forma rectángular que radica en la segunda planta del CONDOMINIO PONCIANA, situada en la Calle Marina #16 de la ciudad de Ponce, Puerto Rico, con un área privada de 280.00 pies cuadrados, equivalentes a 26 metros 2 centímetros cuadrados, siendo sus medidas lineales 16 pies de frente por 15. 33 pies de fondo y que incluye área abierta. Colinda por el Norte, con la escalera; al Sur con pasillo comunal; al Este con pared exterior del Condominio que a hacia el estacionamiento y al Oeste, con pasillo comunal. Su puerta principal comunica al pasillo comunal. Le corresponde el área de estacionamiento marcado con el #14. A la indicada oficina 2-E le corresponde un porcentaje de .511% en los elementos comunes generales y 6% en los elementos comunes limitados. La oficina 2-E descrita forma parte de un edificio que se construyó en la finca #3,881, construido en Régimen de Propiedad Horizontal con un nombre

---

[1] The properties are described in the Spanish language as they are described in the Property Registry in Puerto Rico.

Maloy, et al. V.
Candido Martínez
PAGE 3

de CONDOMINIO PONCIANO, a inscrita a favor de Afape Corporation, al folio 216 del tomo 1079 de Ponce, inscripción 21a.

B. URBANA: OFICINA 4-G de forma rectángulara que radica en la Cuarta Planta del CONDOMINO PONCIANA situado en la Calle Marina #16 de la ciudad de Ponce, P.R., con un área privada de 280 pies cuadradas, equivalentes a 26 metros cuadrados, siendo su medidas lineales 16 de pies de frente por 15.33 pies de fondo y que incluye árez abierta.  Colinda al Norte, con la escalera; al Sur, con pasillo y la oficina 4-F; al Este, con pared exterior del Condominio y la oficina 4-F y al Oeste, con pasillo comunal.  La oficina 4-G descrita forma parte de un edificio que construyó en la finca #3,881, construido en Régimen de Propiedad Horizontal con el nombre de Condominio Ponciano, e inscrita a favor de Afape Corporation, al folio 216 del tomo 1079 de Ponce, Inscripción 21 a.  Le corresponde u área de estacionamiento marcado con el #32.  A la oficina 4-G le corresponde un porcentaje de .511% en los elementos comunes generales y 6% de los elementos comunes limitados.

C. URBANA: Solar de dos mil metros cuadrados en el Barrio Coto Laurel de Ponce, Puerto Rico, que se identifica con el #39 del Plano de la Inscripción de la Urbanización EL MONTE.  Colinda

Maloy, et al. V.
Candido Martínez
PAGE 4

por el Norte e 50 metros con el solar #38 de la Urbanización; por el Este, en 40 metros con el resto de la finca principal y por el Oeste en 40 metros con la Calle E de la Urbanización.

**WHEREFORE**, in view of the foregoing, plaintiff respectfully request this Honorable Court to take notice of the foregoing and have all notices in the instant case sent to the undersigned, extend the judgment an additional five years until July 13, 2010, and issue a writ of execution on defendant's interest in the aforementioned properties.

**I HEREBY CERTIFY THAT** on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following to Norberto Colón, Esq., Norberto Colón Law Office, 46 Castillo Street, Ponce, P.R. 00731.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 6th day of June 2005.

S:\ *Jane Becker Whitaker*

**JANE BECKER WHITAKER, ESQ.**
USDC-PR No. 205110
**LAW OFFICES OF
JANE BECKER WHITAKER**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Tel. 787-754-9191
Fax 787-764-3101
E-mail: jbecker@caribe.net