IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDNA MALOY AND ELIZABETH MARIACA<br><br>Plaintiff<br><br>vs.<br><br>CANDIDO MARTINEZ<br><br>Defendant | CASE NO: 98-1123 (HL)<br><br><br>COPYRIGHT INFRINGEMENT<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

### *ORDER*

BEFORE the Court is Edna Maloy's Motion for Execution of Judgment. Having considered the same, it is GRANTED. Therefore, an attachment in execution of the judgment issued in this case is ordered on funds belong to CANDIDO MARTINEZ RODRIGUEZ, in the amount of $15,000.00 plus interest and the costs of the execution on the property described in the Spanish language as follows:

1.  URBANA: Propiedad horizontal, oficina 2-E de forma rectangular que radica en la segunda planta del CONDOMINIO PONCIANA, situado en la Calle Marina número 16 de la cuidad de Ponce, Puerto Rico, con un área privada de 280.00 pies cuadrados, equivalentes a 26 metros 2 centímetros cuadrados, siendo sus medidas lineales 16 pies de frente por 15.33 pies de fondo y que incluye área abierta. Colinda por el Norte, con la escalera; al Sur, con pasillo comunal; al Este, con pared exterior del Condominio que da hacia el estacionamiento y al Oeste, con pasillo comunal. Su puerta principal comunica al pasillo comunal. Le corresponde el área de estacionamiento marcado con el número 14. A la indicada oficina 2-E le corresponde un porcentaje de .511% en los elementos comunes generales y 6% en los elementos comunes limitados.

2.  URBANA: OFICINA 4-G de forma rectangular que radica en la Cuarta Planta del Condominio Ponciano situado en la calle Marina Número 16 de la ciudad de Ponce, Puerto Rico, con un área privada siendo sus medidas lineales 16 pies de frente por 15.33 pies de fondo y que incluye área abierta. Colinda al Norte, con la escalera; al Sur, con pasillo y la Oficina 4.F; al Este, con pared exterior del Condominio y la oficina 4-F y al Oeste, con pasillo comunal. La

      oficina 4-G descrita forma parte de un edificio que se construyó en la finca número 3,881, construido en régimen de Propiedad Horizontal con el nombre de Condominio Ponciana, inscrita a favor de AFPE Corporación, al Folio 216 del tomo 1079 de Ponce.  Le corresponde un área de estacionamiento marcado con el número 32.  Al a oficina 4-G le corresponde un porcentaje de .511% en los elementos comunes generales y 6% en los elementos comunes limitados.

3. URBANA: Solar de 2,000 metros cuadrados en el Barrio Coto Laurel de Ponce, Puerto Rico, que se identifica con el número 39 del Plano de Inscripción de la Urbanización El Monte.  Colinda por el Norte en 50 metros con el resto de la finca principal y por el Oeste en 40 metros con la Calle E de la Urbanización.

The Clerk will issue the corresponding Writ of Execution of Judgment together with this Order.

In San Juan, Puerto Rico, this      day of                    , 2005.

_____
HECTOR LAFITTE
U.S. District Judge