IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDNA MALOY AND ELIZABETH MARIACA<br><br>Plaintiff<br><br>vs.<br><br>CANDIDO MARTINEZ<br><br>Defendant | CASE NO: 98-1123 (HL)<br><br>COPYRIGHT INFRINGEMENT<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## MOTION SEEKING ORDER

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff Edna Maloy through her undersigned attorneys, and respectfully **ALLEGES** and **PRAYS** as follows:

1. On November 20, 2005, in compliance with this Honorable Court's order, Edna Maloy submitted a draft order of execution. *See* Attachment.

2. Mrs. Maloy very respectfully requests that that order be issued.

**WHEREFORE**, in view of the foregoing, plaintiff respectfully requests this Honorable Court to issue the draft order attached to plaintiffs' November 30, 2005 motion.

**I HEREBY CERTIFY THAT** on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following to Norberto Colón, Esq., Norberto Colón Law Office, 46 Castillo Street, Ponce, P.R. 00731.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 25th day of January 2006.

Maloy, et al. v.
Candido Martínez
PAGE 2

---

S:\ *Jane Becker Whitaker*

**JANE BECKER WHITAKER, ESQ.**
USDC-PR No. 205110
**LAW OFFICES OF**
**JANE BECKER WHITAKER**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Tel. 787-754-9191
Fax 787-764-3101
E-mail: jbecker@caribe.net